THOMAS G. RUDDY (BY HIS NEXT FRIEND), DEFENDANT IN ERROR, v. NEWARK ELECTRIC LIGHT AND POWER COMPANY, PLAINTIFF IN ERROR.

Argued March 8, 1899—Decided June 19, 1899.

On error to the Supreme Court. For opinion of the Supreme Court, see 33 *Vroom* 505.

For the plaintiff in error, *Richard V. Lindabury.*

For the defendant in error, *Samuel Kalisch.*

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons given by that court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, GUMMERE, LIPPINCOTT, VAN SYCKEL, ADAMS, HENDRICKSON, NIXON, VREDENBURGH. 10.

*For reversal*—None.